UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HANNA HARP,

    Plaintiff,

v.

NORDSTROM FSB, d/b/a
NORDSTROM BANK; NORDSTROM, INC.

    Defendant.
_____/

Case No. 2:17-cv-13249
Honorable George Caram Steeh
Magistrate Anthony P. Patti

Nemer N. Hadous (CA #264431)
Robert A. Hadous (P-32365)
HADOUS|CO. PLLC
24725 W. 12 Mile Rd., Ste. 110
Southfield, Michigan 48034
(248) 663-5155
nhadous@hadousco.com
Attorneys for Plaintiff Hanna Harp

## NOTICE OF SETTLEMENT

Plaintiff Hanna Harp, ("Plaintiff"), by counsel, and pursuant to Mich. LR 41.1, respectfully submits this Notice of Settlement with Defendants Nordstrom FSB, d/b/a/ Nordstrom Bank; and Nordstrom, Inc. (collectively, the "Parties").

1. The Parties have agreed to the essential terms of settlement.

2. The Parties anticipate the settlement process will take 30 days or less to complete, and will promptly submit a Stipulation and Order of Dismissal with prejudice once the settlement is finalized.

3. Since there are no other named defendants, this settlement will fully resolve this action.

RESPECTFULLY SUBMITTED this 24 day of April 2018,

        HADOUS|CO. PLLC

        /s/Nemer N. Hadous
        Nemer N. Hadous, CA #264431
        24725 W. 12 Mile Rd., Ste. 110
        Southfield, Michigan 48034
        (248) 663-5155 (office)
        (888) 450-0687 (fax)
        nhadous@hadousco.com
        Attorneys for Plaintiff Hanna Harp

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 24, 2018, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

RESPECTFULLY SUBMITTED this 24 day of April 2018,

                                          HADOUS|CO. PLLC

                                          /s/Nemer N. Hadous
                                          Nemer N. Hadous, CA #264431
                                          24725 W. 12 Mile Rd., Ste. 110
                                          Southfield, Michigan 48034
                                          (248) 663-5155 (office)
                                          (888) 450-0687 (fax)
                                          nhadous@hadousco.com
                                          Attorneys for Plaintiff Hanna Harp