UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HANNA HARP,

    Plaintiff,

v.

NORDSTROM FSB d/b/a
NORDSTROM BANK and
NORDSTROM, INC.,

    Defendant.

Case 2:17-cv-13249
Hon. George Caram Steeh
Magistrate Anthony P. Patti

_____/

## STIPULATION TO DISMISS

Plaintiff and Defendant, through their undersigned counsel, hereby stipulate to the dismissal of this matter with prejudice and without attorney fees or costs to any party.

 /s/Nemer N. Hadous            
Nemer N. Hadous
Attorney for Plaintiff

 /s/Jeffrey S. Hengeveld       
Jeffrey S. Hengeveld (P66029)
Attorney for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HANNA HARP,

    Plaintiff,

v.

NORDSTROM FSB d/b/a
NORDSTROM BANK and
NORDSTROM, INC.,

    Defendant.

Case 2:17-cv-13249
Hon. George Caram Steeh
Magistrate Anthony P. Patti

_____/

## ORDER OF DISMISSAL WITH PREJUDICE

This matter having come before the Court upon the stipulation between Plaintiff and Defendant, through their respective counsel, and the Court being otherwise fully advised in the premises;

**IT IS ORDERED** that this case is dismissed with prejudice and without costs or attorney fees to be assessed against any party.

**This is a Final Order that closes this case.**

s/George Caram Steeh
U. S. DISTRICT COURT JUDGE

Dated:  May 4, 2018